# United States District Court
### for the
### Western District of New York

United States of America

v.

THOMAS ALONZO BOLIN
a/k/a Peter Vincent

*Defendant*

Case No. 19-MJ-4027

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **THOMAS ALONZO BOLIN a/k/a Peter Vincent**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating to a Special Agent and Task Force Officers of the Federal Bureau of Investigation that he did not possess any firearms in New York State when the defendant then and there knew that he possessed a Mossberg, Model 590, 12-gauge shotgun in his bedroom at 34 Third Avenue, Rochester, New York, in violation of Title 18, United States Code, Section 1001(a)(2).

Date: April 3, 2019

City and State: Rochester, New York

*Issuing officer's signature*

HON. MARIAN W. PAYSON, U.S.M.J.
*Printed name and Title*

### Return

This warrant was received on (date) 04/03/19, and the person was arrested on (date) 04/04/19, at (city and state) Rochester, NY.

Date: 04/04/2019

*Arresting officer's signature*

Special Agent Adam Parabowski
*Printed name and title*